Larry Kenneth Alexander, pro se, St. Paul, MN, for Appellant.

Mary Jo A. Jensen–Carter, pro se, Vadnais Heights, MN, for Appellees.

Michael R. Fadlovich, Minneapolis, MN, for Appellees.

Before RILEY, MCMILLIAN, and SMITH, Circuit Judges.

1. The Honorable Dennis D. O'Brien, United States Bankruptcy Judge for the District of Minnesota.

PER CURIAM.

Larry Kenneth Alexander appeals the Bankruptcy Appellate Panel's (BAP's) order affirming the bankruptcy court's[1] order (1) denying Alexander's motion to remove the trustee and to require the trustee to abandon certain real property, and (2) granting the trustee's 11 U.S.C. § 105 motion to enjoin Alexander from filing in the bankruptcy court further motions or proceedings related to the property or the trustee's administration of it. Finding no error, we affirm for the reasons stated by the BAP. *See* 8th Cir. R. 47B.

**James E. WILSON, Appellant,**

**v.**

**FEDERAL BUREAU OF**
**INVESTIGATION; City**
**of St. Louis, Appellees.**

**No. 03–2667.**

United States Court of Appeals,
Eighth Circuit.

Submitted Oct. 31, 2003.

Decided Nov. 14, 2003.

James E. Wilson, pro se, St. Louis, MO, for Plaintiff–Appellant.

Before WOLLMAN, MURPHY, and BYE, Circuit Judges.

**PER CURIAM.**

James Wilson appeals from the district court's[1] preservice dismissal of his civil suit. Upon de novo review, we conclude that dismissal was proper for the reasons stated by the district court. The judgment is affirmed. *See* 8th Cir. R. 47A(a). We also deny all pending motions.

---

1. The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri.